UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GREGG ALLEN LUEDECKE § Case No. 10-21756-KSJ
SUSAN LUZ NUNEZ §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ARVIND MAHENDRU, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/ARVIND MAHENDRU _____
                                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bank Of America 201 N Tryon St Charlotte, NC 28202 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Chase 201 N Walnut St # De1-10 Wilmington, DE 19801 | | | | | |
| 8 | Bank of America, N.A. | | | | | |
| 20 | Bank of America, N.A. | | | | | |
| 6 | JPMorgan Chase Bank NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARVIND MAHENDRU | | | | | |
| ARVIND MAHENDRU | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Universal PO Box 410437 Salt Lake City, UT 84141 | | | | | |
| | AT & T Universal PO Box 410437 Salt Lake City, UT 84141 | | | | | |
| | Aes Bank Of America Po Box 2641 Harrisburg, PA 17105 | | | | | |
| | Aes Bank Of America Po Box 2641 Harrisburg, PA 17105 | | | | | |
| | Aes/Nct 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/Nct 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/Nct 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Aes/Nct 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| 21 | American Express Bank, FSB | | | | | |
| 18 | American Express Bank, FSB | | | | | |
| 19 | American Express Bank, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | American Express Bank, FSB | | | | | |
| | American Express Jet Blue PO Box 360002 Fort Lauderdale, FL | | | | | |
| | American Express PO Box 7871 Fort Lauderdale, FL 33329 | | | | | |
| | American Express PO Box 7871 Fort Lauderdale, FL 33329 | | | | | |
| 14 | American InfoSource LP | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amexdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | | | | |
| | Bloomingdales 9111 Duke Blvd. Mason, OH 45040 | | | | | |
| 23 | CANDICA LLC | | | | | |
| 22 | CANDICA LLC | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| 12 | Chase Bank USA,N.A | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

Case 6:10-bk-21756-KSJ    Doc 78    Filed 04/09/13    Page 9 of 20

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Concentricrm 8556 Katy Freeway Suite 121 Houston, TX 77024 |  |  |  |  |  |
| 5 | Department Stores National Bank/Macys |  |  |  |  |  |
| 4 | Department Stores Natl Bk |  |  |  |  |  |
| 2 | Discover Bank |  |  |  |  |  |
| 1 | Discover Bank |  |  |  |  |  |
| 3 | Discover Bank |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Gemb/Jcp Po Box 984100 El Paso, TX 79998 |  |  |  |  |  |
|  | Gemb/Walmart Dc Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |

UST Form 101-7-TDR (5/1/2011) (Page: 9)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29 | HSBC Bank Nevada NA | | | | | |
| 28 | HSBC Bank Nevada NA | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 530 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| 24 | National Collegiate Trust | | | | | |
| 13 | Portfolio Recovery Associates LLC. | | | | | |
| 26 | Portfolio Recovery Associates LLC. | | | | | |
| 11 | Portfolio Recovery Associates LLC. | | | | | |
| 9 | Portfolio Recovery Associates LLC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Portfolio Recovery Associates, LLC | | | | | |
| 26 | Portfolio Recovery Associates, LLC | | | | | |
| 27 | Portfolio Recovery Associates, LLC | | | | | |
| 10 | Portfolio Recovery Associates, LLC. | | | | | |
| 7 | Portfolio Recovery Associates, LLC. | | | | | |
| | Sears Mastercard PO Box 183082 Columbus, OH 43218 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | The Pain Institute PO Box 5262707 Rockledge, FL 32956 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Wfnnb/Victorias Secret Po Box 182128 Columbus, OH 43218 | | | | | |
| 15 | eCAST Settlement Corp | | | | | |
| 16 | eCAST Settlement Corporation | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 8**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-21756 KSJ | Judge: Karen S Jennemann | Trustee Name: | ARVIND MAHENDRU |
|---|---|---|---|---|
| Case Name: | GREGG ALLEN LUEDECKE | | Date Filed (f) or Converted (c): | 05/18/11 (c) |
| | SUSAN LUZ NUNEZ | | 341(a) Meeting Date: | 06/22/11 |
| For Period Ending: 03/08/13 | | | Claims Bar Date: | 09/20/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1280 Lost Creek Court, Altamonte Springs, FL 32714 | 137,500.00 | 0.00 | OA | 0.00 | FA |
| 2 | Bank of America Checking # 2836013021 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Wachovia Bank Acct # 10102969296251 | 650.00 | 0.00 | | 0.00 | FA |
| 4 | Two televisions, two couches, three beds, one dresser, one d | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Lincoln Benefit | 13,200.00 | 0.00 | | 0.00 | FA |
| 7 | At Your Services, Inc. Business owner | 1.00 | 0.00 | | 0.00 | FA |
| 8 | 2011 Chevy Camaro Vin # 2 G1FB1ED3B9116834 miles 2500 | 16,000.00 | 16,000.00 | OA | 0.00 | FA |
| 9 | 2005 Century 32 Center Console Boat IMO CEB022XCB505 surrend | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2010 Tax Refund (u) | 0.00 | 4,325.00 | | 4,325.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.41 | Unknown |

TOTALS (Excluding Unknown Values) $169,251.00 $20,325.00 $4,325.41

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset # 10-

Initial Projected Date of Final Report (TFR): 02/14/14    Current Projected Date of Final Report (TFR): 11/04/12

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No: 10-21756  
Case Name: GREGG ALLEN LUEDECKE  
SUSAN LUZ NUNEZ  
Taxpayer ID No: XX-XXX6774  
For Period Ending: 03/08/13  

Trustee Name: ARVIND MAHENDRU  
Bank Name: BANK OF AMERICA, N.A.  
Account Number/CD#: XXXXXX4068 - Money Market Account  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/26/11 | 10 | LUEDECKE, GREGG ALLEN 1280 Lost Creek Court Altamonte Springs, FL 32714 | 2010 TR | 1224-000 | 1,081.25 | | 1,081.25 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,081.26 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 1.38 | 1,079.88 |
| 11/01/11 | 10 | LUEDECKE, GREGG ALLEN 1280 Lost Creek Court Altamonte Springs, FL 32714 | 2010 TR | 1224-000 | 1,081.25 | | 2,161.13 |
| 11/26/11 | 10 | LUEDECKE, GREGG ALLEN 1280 Lost Creek Court Altamonte Springs, FL 32714 | 2010 Tax Return | 1224-000 | 1,081.25 | | 3,242.38 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,242.40 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 2.62 | 3,239.78 |
| 12/29/11 | 10 | LUEDECKE, GREGG ALLEN 1280 Lost Creek Court Altamonte Springs, FL 32714 | 2010 TR | 1224-000 | 1,081.25 | | 4,321.03 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,321.06 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.04 | 4,317.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,317.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.66 | 4,311.40 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,311.43 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,311.47 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,311.51 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,311.55 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,311.58 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,311.62 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,311.66 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,311.69 |
| | | | Page Subtotals | | 4,325.39 | 13.70 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 10-21756
Case Name: GREGG ALLEN LUEDECKE
                  SUSAN LUZ NUNEZ
Taxpayer ID No: XX-XXX6774
For Period Ending: 03/08/13

Trustee Name: ARVIND MAHENDRU
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX4068 - Money Market Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/12 | INT | BANK OF AMERICA, N.A. | | 1270-000 | 0.02 | | 4,311.71 |
| 10/22/12 | | Transfer to Acct#XXXXXX0192 | Transfer of Funds | 9999-000 | | 4,311.71 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,325.41 | 4,325.41 | 0.00 |
|    Less: Bank Transfers/CD's | 0.00 | 4,311.71 | |
| Subtotal | 4,325.41 | 13.70 | |
|    Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 4,325.41 | 13.70 | |

Page Subtotals      0.02      4,311.71

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 10-21756
Case Name: GREGG ALLEN LUEDECKE
SUSAN LUZ NUNEZ
Taxpayer ID No: XX-XXX6774
For Period Ending: 03/08/13

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX0192 - Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/22/12 | | Transfer from Acct#XXXXXX4068 | Transfer of Funds | 9999-000 | 4,311.71 | | 4,311.71 |
| 01/25/13 | 001001 | ARVIND MAHENDRU<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida 32708 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 1,081.35 | 3,230.36 |
| 01/25/13 | 001002 | ARVIND MAHENDRU<br>5703 Red Bug Lake Rd. #284<br>Winter Springs Florida 32708 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2200-000 | | 155.64 | 3,074.72 |
| 01/25/13 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 1, representing a Payment of 1.87% per court order.) | 7100-000 | | 198.38 | 2,876.34 |
| 01/25/13 | 001004 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 2, representing a Payment of 1.87% per court order.) | 7100-000 | | 179.31 | 2,697.03 |
| 01/25/13 | 001005 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Final distribution to Claim 3, representing a Payment of 1.87% per court order.) | 7100-000 | | 293.91 | 2,403.12 |
| 01/25/13 | 001006 | Department Stores Natl Bk<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091 | (Final distribution to Claim 4, representing a Payment of 1.87% per court order.) | 7100-000 | | 93.79 | 2,309.33 |
| | | | Page Subtotals | | 4,311.71 | 2,002.38 | |

**FORM 2**  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4  
Exhibit 9

Case No: 10-21756  
Case Name: GREGG ALLEN LUEDECKE  
SUSAN LUZ NUNEZ  
Taxpayer ID No: XX-XXX6774  
For Period Ending: 03/08/13

Trustee Name: ARVIND MAHENDRU  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0192 - Checking Account  
Blanket Bond (per case limit): $100,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/13 | 001007 | Department Stores National Bank/Macys<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091 | (Final distribution to Claim 5, representing a Payment of 1.87% per court order.) | 7100-000 | | 31.55 | 2,277.78 |
| 01/25/13 | 001008 | Portfolio Recovery Associates, LLC.<br>P.O. Box 41067<br>Norfolk, VA 23541 | (Final distribution to Claim 7, representing a Payment of 1.87% per court order.) | 7100-000 | | 326.22 | 1,951.56 |
| 01/25/13 | 001009 | Portfolio Recovery Associates LLC.<br>POB 41067<br>Norfolk VA 23541 | (Final distribution to Claim 9, representing a Payment of 1.87% per court order.) | 7100-000 | | 166.77 | 1,784.79 |
| 01/25/13 | 001010 | Portfolio Recovery Associates, LLC.<br>P.O. Box 41067<br>Norfolk, VA 23541 | (Final distribution to Claim 10, representing a Payment of 1.87% per court order.) | 7100-000 | | 234.85 | 1,549.94 |
| 01/25/13 | 001011 | Portfolio Recovery Associates LLC.<br>POB 41067<br>Norfolk VA 23541 | (Final distribution to Claim 11, representing a Payment of 1.87% per court order.) | 7100-000 | | 51.48 | 1,498.46 |
| 01/25/13 | 001012 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | (Final distribution to Claim 12, representing a Payment of 1.87% per court order.) | 7100-000 | | 17.30 | 1,481.16 |
| 01/25/13 | 001013 | Portfolio Recovery Associates LLC.<br>POB 41067<br>Norfolk VA 23541 | (Final distribution to Claim 13, representing a Payment of 1.87% per court order.) | 7100-000 | | 8.17 | 1,472.99 |
| 01/25/13 | 001014 | eCAST Settlement Corp<br>assignee of Citibank (SD) NA<br>POB 29262<br>New York, NY 10087-9262 | (Final distribution to Claim 15, representing a Payment of 1.87% per court order.) | 7100-000 | | 272.42 | 1,200.57 |

Page Subtotals   0.00   1,108.76

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

Case No: 10-21756
Case Name: GREGG ALLEN LUEDECKE
SUSAN LUZ NUNEZ
Taxpayer ID No: XX-XXX6774
For Period Ending: 03/08/13

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX0192 - Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | 8<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/25/13 | 001015 | eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | (Final distribution to Claim 16, representing a Payment of 1.87% per court order.) | 7100-000 | | 112.49 | 1,088.08 |
| 01/25/13 | 001016 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Final distribution to Claim 17, representing a Payment of 1.87% per court order.) | 7100-000 | | 137.40 | 950.68 |
| 01/25/13 | 001017 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Final distribution to Claim 18, representing a Payment of 1.87% per court order.) | 7100-000 | | 98.82 | 851.86 |
| 01/25/13 | 001018 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Final distribution to Claim 19, representing a Payment of 1.87% per court order.) | 7100-000 | | 123.43 | 728.43 |
| 01/25/13 | 001019 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (Final distribution to Claim 21, representing a Payment of 1.87% per court order.) | 7100-000 | | 62.24 | 666.19 |
| 01/25/13 | 001020 | CANDICA LLC<br>c/o Weinstein And Riley PS<br>2001 Western Ave Ste 400<br>Seattle WA 98121 | (Final distribution to Claim 22, representing a Payment of 1.87% per court order.) | 7100-000 | | 57.46 | 608.73 |
| 01/25/13 | 001021 | CANDICA LLC<br>C O Weinstein And Riley, PS<br>Po Box 3978<br>Seattle, Wa 98124-3978 | (Final distribution to Claim 23, representing a Payment of 1.87% per court order.) | 7100-000 | | 9.25 | 599.48 |

Page Subtotals     0.00     601.09

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-21756
Case Name: GREGG ALLEN LUEDECKE
               SUSAN LUZ NUNEZ
Taxpayer ID No: XX-XXX6774
For Period Ending: 03/08/13

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX0192 - Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/13 | 001022 | National Collegiate Trust<br>One Cabot Road<br>Medford, MA 02155 | (Final distribution to Claim 24, representing a Payment of 1.87% per court order.) | 7100-000 | | 448.14 | 151.34 |
| 01/25/13 | 001023 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | (Final distribution to Claim 26, representing a Payment of 1.87% per court order.) | 7100-000 | | 20.94 | 130.40 |
| 01/25/13 | 001024 | Portfolio Recovery Associates LLC.<br>POB 12914<br>Norfolk, VA 23541 | (Final distribution to Claim 26, representing a Payment of 1.87% per court order.) | 7100-000 | | 20.94 | 109.46 |
| 01/25/13 | 001025 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | (Final distribution to Claim 27, representing a Payment of 1.87% per court order.) | 7100-000 | | 86.73 | 22.73 |
| 01/25/13 | 001026 | HSBC Bank Nevada NA<br>Bass & Assocs P.C.<br>3936 E Ft Lowell Rd Ste 200<br>Tucson AZ 85712 | (Final distribution to Claim 28, representing a Payment of 1.87% per court order.) | 7100-000 | | 10.17 | 12.56 |
| 01/25/13 | 001027 | HSBC Bank Nevada NA<br>Bass & Assocs P.C.<br>3936 E Ft Lowell Rd Ste 200<br>Tucson AZ 85712 | (Final distribution to Claim 29, representing a Payment of 1.87% per court order.) | 7100-000 | | 6.56 | 6.00 |
| 01/25/13 | 001028 | Clerk, U.S. Bankruptcy Court<br>400 W. Washington St.<br>Suite 5100<br>Orlando, Florida 32801 | | | | 6.00 | 0.00 |
| | | Clerk, U.S. Bankruptcy Court | allocation entered by distribution (2.25) | 7100-000 | | | |
| | | Clerk, U.S. Bankruptcy Court | allocation entered by distribution (3.75) | 7100-000 | | | |
| | | | Page Subtotals | | 0.00 | 599.48 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

Case No: 10-21756
Case Name: GREGG ALLEN LUEDECKE
                   SUSAN LUZ NUNEZ
Taxpayer ID No: XX-XXX6774
For Period Ending: 03/08/13

Trustee Name: ARVIND MAHENDRU
Bank Name: Union Bank
Account Number/CD#: XXXXXX0192 - Checking Account
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 4,311.71 | 4,311.71 | 0.00 |
| | | |   Less: Bank Transfers/CD's | | 4,311.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,311.71 | |
| | | |   Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 4,311.71 | |
| | | | TOTAL OF ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Money Market Account - XXXXXX4068 | | | 4,325.41 | 13.70 | 0.00 |
| | | Checking Account - XXXXXX0192 | | | 0.00 | 4,311.71 | 0.00 |
| | | | | | 4,325.41 | 4,325.41 | 0.00 |
| | | | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 4,325.41
Total Gross Receipts: 4,325.41

Page Subtotals         0.00       0.00